Jeffrey J. TOBOL, Plaintiff–Appellant,

v.

Carolyn W. COLVIN, Commissioner of Social Security, Defendant–Appellee.

No. 13–2213.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2014.

Decided: April 10, 2014.

Charlotte W. Hall, Charles T. Hall Law Firm, Raleigh, North Carolina, for Appellant. Paul B. Taylor, Assistant United States Attorney, Anne M. Tompkins, United States Attorney, Jeanne D. Semivan, Special Assistant United States Attorney, Boston, Massachusetts, for Appellee.

Before SHEDD, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey J. Tobol appeals the district court's order accepting the recommenda-

Wingle's texting while driving under the then-existing version of section 46.2–1078.1 of the Virginia Code.

tion of the magistrate judge and upholding the Commissioner's decision denying Tobol's applications for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tobol v. Colvin*, No. 1:12–cv–00171–GCM–DCK, 2013 WL 5302562 (W.D.N.C. Sept. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.